AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE DISTRICT OF FLORIDA

*RECEIVED*
2008 FEB 11 PM 3:19
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

SHARON SHERROD-FOREHAND,

v.

CERIDIAN CORPORATION.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

8:08-cv-00287-T-26 MAP

TO: (Name and address of defendant)

CERIDIAN CORPORATION
C/O NRAI SERVICES, INC.
2731 EXECUTIVE PARK DRIVE, SUITE 4
WESTON, FLORIDA 33331

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Craig L. Berman
111 Second Avenue N.E.
Suite 706
St. Petersburg, FL 33701
Phone: (727) 550-8989
Fax: (727) 894-6251
FBN: 0068977

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH                                    FEB 11 2008
CLERK                                                DATE

*/s/ Judith Smith*
(BY) DEPUTY CLERK